NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHIRLEY K. BAKER,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3136

---

Petition for review of the Merit Systems Protection Board in PH0845100348-I-1.

---

## ON MOTION

---

## ORDER

The court treats Shirley K. Baker's motion for an extension of time as a motion for reconsideration of the court's September 2, 2010 order dismissing her petition for review for failure to file a brief. Baker also moves for leave to proceed in form in forma pauperis.

The court notes that Baker is not required to pay the docketing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reconsideration will be granted, the mandate will be recalled, the dismissal order will be vacated, and the petition for review will be reinstated, if Baker files her informal brief (form enclosed) within 30 days of the date of filing of this order.

(2) Baker's motion for leave to proceed in forma pauperis is denied as moot. The requirement that she pay the fee is waived.

FOR THE COURT

SEP 2 1 2010

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Shirley Baker (informal brief form enclosed)
　　Michael D. Austin, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 1 2010

JAN HORBALY
CLERK